IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALEXANDRA BURIKO**,

    *Plaintiff*,

v.

**THE UNITED STATES DEPARTMENT OF THE TREASURY**, *et al.*,

    *Defendants*.

No. 1:24-cv-03454-RBW

**JOINT MOTION TO EXTEND**

The parties respectfully and jointly request that the Court extend all pending deadlines in the above-captioned case for 30 days. This is the parties' fourth joint request for an extension. As good cause in support of this motion, the parties represent the following:

1. Plaintiff filed the complaint on December 11, 2024. *See* Compl. for Decl. & Inj. Relief, ECF No. 1 ("Compl."). Defendants' deadline to answer or otherwise respond to the complaint is currently July 10, 2025. *See* Apr. 8, 2025 Min. Order. The parties' deadline to file a joint proposed briefing schedule governing further proceedings is currently July 8, 2025. *See id.*

2. The parties are discussing a mutually agreeable resolution of this case. While the parties discuss, the parties request a 30-day extension of all pending deadlines in this case, including the parties' July 8, 2025 deadline to submit a joint statement proposing a schedule for dispositive motions and Defendants' July 10, 2025 deadline to answer or otherwise respond to the complaint. With the requested extension, the parties propose that the parties' deadline to submit a joint statement pursuant to the Court's Standing Order 7(b)(2) be

extended until August 7, 2025; and Defendants' deadline to respond to the complaint be extended until August 11, 2025.

3. The extension would not affect any other deadlines in this case, as no other deadlines have yet been set. The Court has previously granted three extensions of the same deadlines referenced herein, *see* Feb. 7, 2025 Min. Order; March 3, 2025 Min. Order; Apr. 8, 2025 Min. Order, pursuant to the parties' joint motions, *see* ECF Nos. 8–10.

Accordingly, the parties request that the Court extend both pending deadlines in this case by 30 days each.

Dated:  July 3, 2025                                            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director
Federal Programs Branch

*/s/Cassandra M. Snyder*
CASSANDRA M. SNYDER
Trial Attorney (D.C. Bar #1671667)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8460
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*

*/s/ Michael Parker*
Michael Parker
Arktouros PLLC
1717 N St., NW, Suite 1
Washington, D.C. 20036
Telephone: (202) 403-0599
Email: parker@arktouros.co
D.C. Bar No. 1685884

*Counsel for Plaintiff,*
*Alexandra Buriko*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/Doc. system, which will notify all counsel of record of such filing.

                                            */s/ Cassandra M. Snyder*
                                            CASSANDRA M. SNYDER
                                            Trial Attorney