UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA BURIKO | ) ) ) ) ) CASE. NO. 1:24-cv-3454-RBW |
| v. | ) ) **NOTICE OF VOLUNTARY** ) **DISMISSAL OF ACTION** ) **WITH PREJUDICE** ) |
| THE UNITED STATES DEPARTMENT OF THE TREASURY, ET AL. | ) ) ) ) |

## VOLUNTARY DISMISSAL OF ACTION

**WHEREAS**, on December 30, 2025, the Plaintiff, Alexandra Buriko, received official notification from the defendants that her administrative request for reconsideration of her sanctions designation had been favorably adjudicated; and

**WHEREAS**, the Plaintiff's name was removed from the Specially Designated Nationals and Blocked Persons List (the "SDN List") and her sanctions designation was rescinded; and

**WHEREAS**, the instant action sought relief in the form of the defendants removing her name from the SDN List.

**NOW**, **THEREFORE**, Plaintiff, Alexandra Buriko, hereby dismisses this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 30, 2025

                    Respectfully submitted,

<u>/s/ Michael Parker</u>
Michael Parker
Arktouros, PLLC
1717 N St., NW, Suite 1
Washington, D.C. 20036
Telephone: (202) 403-0599
Email: parker@arktouros.co
D.C. Bar No. 1685884